UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DAVID FREITAG, | Case No. 1:18-cv-01180-EPG (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, WITHOUT PREJUDICE |
| v. | |
| MARGARET MIMS, et al., | ORDER DIRECTING CLERK TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendants. | |
| | (ECF NO. 2) |
| | THIRTY-DAY DEADLINE |

Ryan Freitag ("Plaintiff") is proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983.[1]

On August 31, 2018, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 2). On his application, Plaintiff stated that he has "cash," and that the total amount is "unknown." (Id. at 2).

Because Plaintiff has listed the amount of cash he has as "unknown," the Court is unable to determine whether Plaintiff should be allowed to proceed *in forma pauperis* in this action.

---

[1] It is unclear if Plaintiff was a pretrial detainee or if he had already been convicted at the time of the incidents alleged in the complaint.

Accordingly, IT IS ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED, without prejudice to Plaintiff refiling the application within thirty days of the date of service of this order to include the exact amount of his cash. If Plaintiff does not know the exact amount of cash he has, he may estimate the amount to the best of his ability; and

2. The Clerk of Court is directed to send Plaintiff a blank application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:     **September 4, 2018**                    /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE